**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| THOMPSON, JAMES ARTHUR | ) | |
| | ) | CASE NO. 06-71594 MB |
| | ) | |
| | ) | JUDGE MANUEL BARBOSA |
| Debtor(s) | ) | |

**TRUSTEE'S FINAL REPORT**

To:  THE HONORABLE
     BANKRUPTCY JUDGE MANUEL BARBOSA

NOW COMES BRADLEY J. WALLER, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1. A Petition under Chapter 7 of the US Bankruptcy Code was filed by the above named debtors on 08/31/06. BRADLEY J. WALLER was appointed as the Chapter 7 trustee on 08/31/06. The Trustee's bond in this case is included as part of the Trustee's blanket bond.

2. The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3. The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $95,671.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4. A summary of the Trustee's Final Report as of April 29, 2008 is as follows:

    a.    RECEIPTS (See Exhibit C)      8,040.98

    b.    DISBURSEMENTS (See Exhibit C)      250.00

    c.    NET CASH available for distribution      7,790.98

    d.    TRUSTEE/PROFESSIONAL COSTS

        1.    Trustee compensation requested      1,554.10
            (See Exhibit E)

|   |   |   |   |
|---|---|---|---|
| 2. | Trustee Expenses (See Exhibit E) | | 226.05 |
| 3. | Compensation requested by attorney or other professionals for trustee (See Exhibit F) | | 0.00 |

5. The Bar Date for filing unsecured claims expired on 01/22/07.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (see Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

|   |   |   |   |
|---|---|---|---|
| a. | Allowed unpaid Secured Claims | | 0.00 |
| b. | Chapter 7 Administrative and 28 U.S.C. §1930 Claims | | 1,780.15 |
| c. | Allowed Chapter 11 Administrative Claims | | 0.00 |
| d. | Allowed Priority Claims | | 0.00 |
| e. | Allowed Unsecured Claims | | 31,303.56 |

7. Trustee proposes that unsecured creditors receive a distribution of 19.20% of allowed claims.

8. Total fees and expenses previously awarded to Trustee's counsel, accountant or other professional was $0.00. Trustee's attorneys, accountants, or other professional's fees and expenses requested but not yet allowed is $0.00. The total of Chapter 7 professional fees and expenses requested for final allowance is $1,780.15 (A summary of the professional fees and expenses previously requested is attached hereto as Exhibit G).

9. A fee of $2,250.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED:

Dated:   April 29, 2008              By:  /s/ Bradley J. Waller
                                     BRADLEY J. WALLER, TRUSTEE
                                     KLEIN STODDARD BUCK WALLER & LEWIS, LLC
                                     2045 ABERDEEN COURT
                                     SYCAMORE, IL  60178

James Arthur Thompson
06-71594

## TASKS PERFORMED BY TRUSTEE

    The Trustee reviewed the Debtor's Schedule of Assets and Liabilities and Statements of financial Affairs. The Trustee conducted an examination of the Debtor at the Section 341 meeting of creditors.
    The Trustee prepared semi-annual reports to the United States Trustee's Office. The Trustee determined that a preferential transfer to a credit card company occurred 90 days prior to the instant filing. The Trustee commenced an adversary, which was compromised with court approval.
    The Trustee managed the estate's cash on hand. This included investing the estate's funds in interest bearing accounts and maintaining a report of cash receipts and disbursements.
    The Trustee examined the Debtor's records in an effort to identify additional assets available to the estate for liquidation and to verify the disposition of assets.
    The Trustee attended to tax issues concerning the estate.
    The Trustee reviewed the claims filed in this case.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 06-71594 MB  
**Case Name:** THOMPSON, JAMES ARTHUR  

**Trustee:** (330501)  BRADLEY J. WALLER  
**Filed (f) or Converted (c):** 08/31/06 (f)  
**§341(a) Meeting Date:** 10/13/06  

**Period Ending:** 04/29/08  
**Claims Bar Date:** 01/22/07

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | RESIDENCE-1/2 INTEREST | 80,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | BANK ACCOUNTS | 400.00 | 0.00 | DA | 0.00 | FA |
| 3 | HOUSHOLD GOODS | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 4 | BOOKS, CD'S, ETC | 40.00 | 0.00 | DA | 0.00 | FA |
| 5 | WEARING APPAREL | 50.00 | 0.00 | DA | 0.00 | FA |
| 6 | JEWELRY | 40.00 | 0.00 | DA | 0.00 | FA |
| 7 | FRANKLIN WHOLE LIFE INSURANCE POLICY | 2,773.00 | 0.00 | DA | 0.00 | FA |
| 8 | NEW YORK LIFE WHOLE LIFE INSURANCE POLICY | 1,893.00 | 0.00 | DA | 0.00 | FA |
| 9 | TERM LIFE (2 POLICIES) | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | 1997 CHRYSLER TOWN & COUNTRY | 1,970.00 | 0.00 | DA | 0.00 | FA |
| 11 | 1998 DODGE DAKOTA CLUB CAB | 4,285.00 | 0.00 | DA | 0.00 | FA |
| 12 | 2005 HONDA NSS250 REFLEX | 2,720.00 | 0.00 | DA | 0.00 | FA |
| 13 | PREFERNCE TO CITICARD  (u) | 0.00 | 8,000.00 | | 8,000.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 40.98 | Unknown |
| 14 | **Assets** **Totals** (Excluding unknown values) | **$95,671.00** | **$8,000.00** | | **$8,040.98** | **$0.00** |

**Major Activities Affecting Case Closing:**

Printed: 04/29/2008 07:57 AM    V.10.03

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 06-71594 MB  
**Case Name:** THOMPSON, JAMES ARTHUR  

**Trustee:** (330501) BRADLEY J. WALLER  
**Filed (f) or Converted (c):** 08/31/06 (f)  
**§341(a) Meeting Date:** 10/13/06  

**Period Ending:** 04/29/08  

**Claims Bar Date:** 01/22/07

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. DA=§554(c) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** December 31, 2007    **Current Projected Date Of Final Report (TFR):** April 29, 2008 (Actual)

Printed: 04/29/2008 07:57 AM    V.10.03

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 06-71594 MB | | Trustee: | BRADLEY J. WALLER (330501) |
|---|---|---|---|---|
| Case Name: | THOMPSON, JAMES ARTHUR | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | \*\*\*-\*\*\*\*\*70-65 - Money Market Account |
| Taxpayer ID #: | 13-7562590 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 04/29/08 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/28/07 | {13} | Citibank (South Dakota), N.A. | Per court order of 03/26/2007 Compromising Estate's Right, Title and Interest in Adversary | 1241-000 | 8,000.00 | | 8,000.00 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.12 | | 8,004.12 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.13 | | 8,008.25 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.56 | | 8,012.81 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.42 | | 8,017.23 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.99 | | 8,021.22 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.71 | | 8,025.93 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 4.17 | | 8,030.10 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 4.08 | | 8,034.18 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 3.67 | | 8,037.85 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 1.64 | | 8,039.49 |
| 03/09/08 | 1001 | Clerk of the US Bankruptcy Court-Western Division | Payment for deferred Adversary Fee | 2700-000 | | 150.00 | 7,889.49 |
| 03/19/08 | 1002 | Clerk of the US Bankruptcy Court-Western Division | Payment for deferred Adversary Fee | 2700-000 | | 100.00 | 7,789.49 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.49 | | 7,790.98 |

Subtotals :     $8,040.98     $250.00

{} Asset reference(s)     Printed: 04/29/2008 07:57 AM     V.10.03

## Form 2

### Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 06-71594 MB | | **Trustee:** | BRADLEY J. WALLER (330501) |
| **Case Name:** | THOMPSON, JAMES ARTHUR | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | | **Account:** | ***-*****70-65 - Money Market Account |
| **Taxpayer ID #:** | 13-7562590 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 04/29/08 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 8,040.98 | 250.00 | $7,790.98 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 8,040.98 | 250.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$8,040.98** | **$250.00** | |

{} Asset reference(s)      Printed: 04/29/2008 07:57 AM    V.10.03

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |  | |
|---|---|---|---|
| **Case Number:** | 06-71594 MB | **Trustee:** | BRADLEY J. WALLER (330501) |
| **Case Name:** | THOMPSON, JAMES ARTHUR | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | **Account:** | ***-*****70-66 - Checking Account |
| **Taxpayer ID #:** | 13-7562590 | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 04/29/08 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****70-65** | 8,040.98 | 250.00 | 7,790.98 |
| **Checking # ***-*****70-66** | 0.00 | 0.00 | 0.00 |
| | **$8,040.98** | **$250.00** | **$7,790.98** |

{} Asset reference(s)

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| THOMPSON, JAMES ARTHUR | ) | |
| | ) | CASE NO. 06-71594 MB |
| | ) | |
| | ) | JUDGE MANUEL BARBOSA |
| Debtor(s) | ) | |

**DISTRIBUTION REPORT**

I, <u>BRADLEY J. WALLER</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---:|
| Secured Claims | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 1,780.15 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 6,010.83 |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ 7,790.98 |

**EXHIBIT D**

**DISTRIBUTION REPORTS** **PAGE 2**

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| Secured Claims | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a) & (B) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $1,780.15 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
|  | BRADLEY J. WALLER | 1,554.10 | 1,554.10 |
|  | BRADLEY J. WALLER | 226.05 | 226.05 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

**EXHIBIT D**

**DISTRIBUTION REPORTS**                                                                                           **PAGE 3**

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---:|---:|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | $0.00 | 0.00% |
| **CLAIM NUMBER**     **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---:|---:|
| §507(a)(4) - Contributions to Employee Benefit Funds | $0.00 | 0.00% |
| **CLAIM NUMBER**     **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---:|---:|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | $0.00 | 0.00% |
| **CLAIM NUMBER**     **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---:|---:|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | $0.00 | 0.00% |
| **CLAIM NUMBER**     **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---:|---:|
| 507(a)(7) - Alimony | $0.00 | 0.00% |

**EXHIBIT D**

**DISTRIBUTION REPORTS** **PAGE 4**

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §724(b) - Tax Liens | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | | $31,303.56 | 19.20% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

**EXHIBIT D**

**DISTRIBUTION REPORTS**                                                                                                        **PAGE 5**

| | | | |
|---|---|---:|---:|
| 1 | Discover Bank/Discover Financial Services | 2,628.28 | 504.68 |
| 2 | Regional Cardiology Consult. | 112.40 | 21.59 |
| 3 | Rbs Nb | 11,010.34 | 2,114.17 |
| 4 | Chase Bank USA, N.A. | 3,170.00 | 608.69 |
| 5 | Chase Bank USA, N.A. | 6,847.81 | 1,314.90 |
| 6 | Chase Bank USA, N.A. | 5,546.39 | 1,065.00 |
| 7 | Citibank (South Dakota), N.A. | 1,103.29 | 211.85 |
| 8 | eCAST Settlement Corporation assignee of | 606.60 | 116.48 |
| 10 | Rockford Mercantile Agency | 278.45 | 53.47 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| | Subordinated unsecured claims | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| | §726(a)(3) - Late unsecured claims | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| | §726(a)(4) - Fines/penalties | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

**EXHIBIT D**

**DISTRIBUTION REPORTS**                                                                 **PAGE 6**

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(5) - Interest | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 18. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(6) - Surplus to Debtor | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Unsecured | 9 | eCAST Settlement Corporation assignee of HSBC Bank Nevada NA / HSBC Card Services III,POB 35480 Newark, NJ  071935480 | $606.60 | Duplicate of Claim #8 |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

Dated:   April 29, 2008                           /s/ Bradley J. Waller
                                                  BRADLEY J. WALLER, Trustee

**EXHIBIT D**

Case 06-71594    Doc 32    Filed 04/29/08    Entered 04/29/08 16:16:03    Desc Main
              Document      Page 15 of 16

**DISTRIBUTION REPORTS** **PAGE 7**

Case 06-71594    Doc 32    Filed 04/29/08    Entered 04/29/08 16:16:03    Desc Main
              Document      Page 15 of 16

**EXHIBIT D**

James Arthur Thompson
06-71594

**PROFESSIONAL FEES AND EXPENSES**

|  | **Previously Allowed** | **Pending Compensation Applications** | **Fees & Expenses Total** |
|---|---|---|---|
| **Attorney for Trustee** | 0.00 | 0.00 | 0.00 |
| **Accountant for Trustee** | 0.00 | 0.00 | 0.00 |
| **Realtor for Trustee** | 0.00 | 0.00 | 0.00 |
| **Attorney for Debtor** Nathan E. Curtis Law Office of Peter F. Geraci 55 E. Monroe St. #3400 Chicago, IL 60603 | 2,250.00 | 0.00 | 2,250.00 |
| **Other Professionals** Bradley J. Waller, Trustee Klein, Stoddard, Buck, Waller & Lewis 2045 Aberdeen Court Sycamore, IL 60178 | 0.00 | 1,780.15 | 1,780.15 |
| TOTAL | $ 2,250.00 | $ 1,780.15 | $ 4,030.15 |

**EXHIBIT G**