Case Name: THOMPSON, JAMES ARTHUR
Case No:     06-71594

# **CERTIFICATION OF REVIEW**

The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: 4/29/08                              WILLIAM T. NEARY
                                                        United States Trustee, Region 11


                                            BY:    */s/ Carole J. Ryczek*
                                                        CAROLE J. RYCZEK
                                                        Attorney for the U.S. Trustee